## 61199. DANIELS v. THE STATE.

POPE, Judge.
This court having entered a judgment in the above-styled case at 158 Ga. App. 476 (282 SE2d 118) (1981) affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 248 Ga. 591 (285 SE2d 516) (1981), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED FEBRUARY 8, 1982.

*Frank K. Martin,* for appellant.
*William J. Smith, District Attorney, J. Gray Conger, Assistant District Attorney,* for appellee.